**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF HAWAII

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **HIE HOLDINGS, INC.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **99-0311680** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2839 Mokumoa Street** <br> **Honolulu, HI 96819** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Honolulu** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

U.S. Bankruptcy Court - Hawaii  #22-00534  Dkt # 1  Filed  08/02/22  Page 1 of 28

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Royal Hawaiian Water Co., Ltd.** | Relationship | **Affiliate** |
| District | **Hawaii** | When **7/30/22** | Case number, if known | **22-00524** |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.   Estimated liabilities**

☐ $0 - $50,000                    ■ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000             ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  2, 2022**
               MM / DD / YYYY

**X /s/ Michael H. Boulware**                          **Michael H. Boulware**
Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Chuck C. Choi**                               Date  **August  2, 2022**
Signature of attorney for debtor                            MM / DD / YYYY

**Chuck C. Choi**
Printed name

**Choi & Ito**
Firm name

**700 Bishop Street, Suite 1107**
**Honolulu, HI 96813**
Number, Street, City, State & ZIP Code

Contact phone   **808-533-1877**     Email address   **cchoi@hibklaw.com**

**6435 HI**
Bar number and State

Fill in this information to identify the case:

Debtor name     **HIE HOLDINGS, INC.**

United States Bankruptcy Court for the:     DISTRICT OF HAWAII

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐     *Schedule H: Codebtors* (Official Form 206H)
☐     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐     Amended *Schedule*
■     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐     Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August  2, 2022**          X **/s/ Michael H. Boulware**
                                                      Signature of individual signing on behalf of debtor

                                                      **Michael H. Boulware**
                                                      Printed name

                                                      **President**
                                                      Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Debtor name    **HIE HOLDINGS, INC.**

United States Bankruptcy Court for the:    **DISTRICT OF HAWAII**

Case number (if known):

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Masters Properties Two Newton Place 255 Washington Street Suite 300 Newton, MA 02458 | | Rent | | | | $638,679.62 |
| HMAA 733 Bishop Street Suite 1560 Honolulu, HI 96813 | | | | | | $152,055.91 |
| First Indemnity Insurance of Hawaii, Inc 1100 Ward Avenue Honolulu, HI 96814 | | | | | | $142,215.60 |
| Pacific Rim Integrated Development Group 73-5577 Olowalu Street Kailua Kona, HI 96740 | | | | | | $72,548.86 |
| Watumull Properties Corp 307 Lewers Street Suite 600 Honolulu, HI 96815 | | | | | | $67,198.79 |
| Penske Truck Leasing Co 2675 Morgantown Road P.O. Box Reading, PA 19603 | | | | | | $45,884.49 |
| Ryder Transportation 11690 N.W. 105th Street Miami, FL 33178 | | | | | | $32,402.41 |

U.S. Bankruptcy Court - Hawaii  #22-00534  Dkt # 1  Filed  08/02/22  Page 7 of 28

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bonnie Oppermann 425 South Street, Suite 3102 Honolulu, HI 96813** | | **Realtor leasing commissions** | | | | $30,735.11 |
| **CMMF, LLC 4139 Hardy Street Unit A Lihue, HI 96766** | | **Rent** | | | | $25,373.63 |
| **McCorriston Miller Mukai MacKinnon P.O. Box 2800 Honolulu, HI 96803-2800** | | **Services Rendered** | | | | $24,751.29 |
| **KKDLY LLC 745 Fort Street Suite 2100 Honolulu, HI 96813** | | **Services Rendered** | | | | $18,526.83 |
| **KDL CPA LLC 745 Fort Street Suite 1415 Honolulu, HI 96813** | | **Services Rendered** | | | | $17,549.73 |
| **First Security Insurance of Hawaii, Inc. 1100 Ward Avenue Honolulu, HI 96814** | | | | | | $16,832.80 |
| **First Insurance Company of Hawaii 1100 Ward Avenue Honolulu, HI 96814** | | | | | | $12,676.00 |
| **HMSA P.O. Box 860 Honolulu, HI 96808** | | **Dental insurance premiums** | | | | $12,558.86 |
| **TIB, NA P.O. Box 569120 Dallas, TX 75356-9120** | | **Credit card purchases** | | | | $11,875.94 |
| **Acumen Group 2651 Walnut Avenue Signal Hill, CA 90755** | | **Trade debt** | **Disputed Subject to Setoff** | | | $8,582.30 |
| **City and County of Honolulu P.O. Box 4200 Honolulu, HI 96812** | | | | | | $7,623.70 |
| **Business Insurance Services, Inc. 615 Piikoi Street Suite 1901 Floor 19 Honolulu, HI 96814** | | | | | | $7,505.00 |

U.S. Bankruptcy Court - Hawaii   #22-00534   Dkt # 1   Filed  08/02/22   Page 8 of 28

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Spire Hawaii LLP 700 Bishop Street Suite 2001 Honolulu, HI 96813** | | | | | | **$7,314.14** |

U.S. Bankruptcy Court - Hawaii   #22-00534   Dkt # 1   Filed  08/02/22   Page 9 of 28

# United States Bankruptcy Court
## District of Hawaii

In re    **HIE HOLDINGS, INC.**      Case No. _____

Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Julie C. Boulware**<br>**2839 Mokumoa Street**<br>**Honolulu, HI 96819** | | **105** | **Common Stock** |
| **Michael Boulware** | | **105** | **Common Stock** |
| **Glenn Lee Boulware Trust** | | **210** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August  2, 2022** _____      Signature    **/s/ Michael H. Boulware** _____

                                                              **Michael H. Boulware**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of Hawaii

In re   **HIE HOLDINGS, INC.**     Case No. _____

                        Debtor(s)     Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 2, 2022**                   **/s/ Michael H. Boulware**

                                           **Michael H. Boulware**/**President**
                                           Signer/Title

Acumen Group
2651 Walnut Avenue
Signal Hill, CA 90755

AE Kyong Kim


Brodie Afo
3206 Ala Ilima Street, #205
Honolulu, HI 96818

Sidney Aguinaldo
4235 Uhu Place
Lihue, HI 96766

Airgas USA, LLC
259 North Radnor-Chester Road
Suite 100
Radnor, PA 19087-5283

Alert Alarm Hawaii
P.O. Box 29220
Honolulu, HI 96820-1620

All Resources Inc
99-1366 Koaha Place #C
Aiea, HI 96701

Alpha Point, Inc


Alu Industries
150 Hamakua Drive PMB 424
Kailua, HI 96734

Michelle Arelliano
91-1021 Kualakai Street
Kapolei, HI 96707

Alaysia Auna Raquel
94-320 Kipou Street
Waipahu, HI 96797

Bacon Universal
918 Ahua Street
Honolulu, HI 96819

Kenneth Balthazar
2150 Lilikoi Road
Haiku, HI 96708

Bridget M.L. Barroga
939 Hala Drive #A
Honolulu, HI 96817

Board of Water Supply
630 S. Beretania Street
Honolulu, HI 96843

James A. Boulware
1114 Punahou Street Apt 106
Honolulu, HI 96826

Julie C. Boulware
2839 Mokumoa Street
Honolulu, HI 96819

Mal Sun Boulware


Michael Boulware


Steven Boulware
1017 Makaiwa Street
Honolulu, HI 96816

Dustin J Brock
122 Hale Manu Drive
Hilo, HI 96720

Dustin J. Brock
122 Hale Manu Drive
Hilo, HI 96720

Issac A. Brown
961 Robello Lane #231
Honolulu, HI 96817

Bruce Voss, Esq.
700 Bishop Street
Ste 900
Honolulu, HI 96813

Business Insurance Services, Inc.
615 Piikoi Street
Suite 1901 Floor 19
Honolulu, HI 96814

Business Solutions of Hawaii
99-1046 Iwaena Street
Aiea, HI 96701

Eleanor Cabanting
91-1055 Puhipaka Street
Ewa Beach, HI 96706

Zachary M. Cadavona
91-1153 Hanaloa Street
Ewa Beach, HI 96706

Ryan I. Calhoun
136 South Cane Street
Wahiawa, HI 96786

Aaron S. Camara
5580 Honua Road
Kapaa, HI 96746

Jake S. Camara
3233 Wauke Street
Honolulu, HI 96815

Joshua Cambra
222 Thomas Street
Ewa Beach, HI 96706

Nita Ceno
1051 Whitmore Avenue
Wahiawa, HI 96786

Casey Ching

Supranee Christian
620 McCully Street #307
Honolulu, HI 96826

City and County of Honolulu
P.O. Box 4200
Honolulu, HI 96812

Clinical Laboratories of Hawaii, LLP
12357-A Riata Trace Parkway
Suite 210
Austin, TX 78727

CMMF, LLC
4139 Hardy Street Unit A
Lihue, HI 96766

COH-DPW-Solid Was

Commercial Training Consultants, Inc.
P.O. Box 844
Aiea, HI 96701

Computer Resources Hawaii, Inc.
875 Waimanu Street #509
Honolulu, HI 96813

Concentra
5080 Spectrum Drive
1200 W Tower
Addison, TX 75001

Martin Corrin
15-431 Limu Street
Pahoa, HI 96778

County of Maui, Solid Waste Division
ONE MAIN PLAZA, 2200 MAIN ST. STE 200
Wailuku, HI 96793-1640

Cumulus Global

Christopher Dalija
91-123 Ahole Place
Ewa Beach, HI 96706

DB Insurance Co., Ltd.
1440 Kapiolani Boulevard Suite 950
Honolulu, HI 96814

Daryl M. Deguzman
91-841 Wailewa Place
Ewa Beach, HI 96706

Pacipeco K. Dela Cerna Jr
99-122 Kihewa Place
Aiea, HI 96701

Dell Marketing L.P.
One Dell Way
Round Rock, TX 78682

Noely T. Delp
91-210 Kaulona Place
Ewa Beach, HI 96706

Department of Motor Vehicles
P.O. Box 30320
Honolulu, HI 96820-0320

Employment Development Department
P.O. Box 826276
Sacramento, CA 94230-6276

Karen M.B. Erwin
888 Maniniholo Street
Honolulu, HI 96825

Donna T. Esber
2269 Akeukeu Street
Pearl City, HI 96782

Christophan Eytcheson
75-6081 Ali'i Drive Apt D-101
Kailua Kona, HI 96740

Family Health Hawaii

First Citizens Bank & Trust Co
P.O. Box 856502
Minneapolis, MN 55485-6502

First Indemnity Insurance of Hawaii, Inc
1100 Ward Avenue
Honolulu, HI 96814

First Insurance Company of Hawaii
1100 Ward Avenue
Honolulu, HI 96814

First Security Insurance of Hawaii, Inc.
1100 Ward Avenue
Honolulu, HI 96814

Foodland Super Market
3536 Harding Avenue
Honolulu, HI 96816

Freightliner of Hawaii
277 Stewart Road SW
Pacific, WA 98047

Edmund C.P. Frio
26 C Lakeview Circle
Wahiawa, HI 96786

David Galaza
141 Opihikao Highway
Honolulu, HI 96825

Elmer G. Galdones
P.O. Box 8044
Honolulu, HI 96830

Patrick Garcia
353 Huali Place
Hilo, HI 96720

Garden Isle Disposal, Inc.
2666 Niumalu Road
Lihue, HI 96766

Glenn Lee Boulware Trust

George A Goo Jr
733 Kuhio Place
Wailuku, HI 96793

George A. Goo Jr
733 Kuhio Place
Wailuku, HI 96793

Suzanne Goya
3206 Ala Ilima Street #106
Honolulu, HI 96818

Grainger

Cecilia K. Hanohano
87-1270 Farrington Highway #A
P.O. Box 2424
Waianae, HI 96792

Harry N. Harris III
45-140 Ka Hanahou Circle
Kaneohe, HI 96744

Hawaii Electric Light Company
P.O. Box 2750
Attn Corporate Secretary
Honolulu, HI 96840

Hawaii Pacific Health
55 Merchant Street, 27th Floor
Honolulu, HI 96813

Hawaiian Electric Company
P.O. Box 30260
Honolulu, HI 96820

Hawaiian Telcom
Legal Department
1177 Bishop Street
Honolulu, HI 96813

Rommel D. Hidalgo
87-244 Maaloa Street
Waianae, HI 96792

HMAA
733 Bishop Street Suite 1560
Honolulu, HI 96813

HMSA
P.O. Box 860
Honolulu, HI 96808

Leilani L Ho
94-775 Koniaka Place
Waipahu, HI 96797

Randell W.K. Hodson Jr
91-0233 Parish Drive
Ewa Beach, HI 96706

Steven Hoggan
94-435 Pawa Way
Mililani, HI 96789

Honolulu Country Club
1690 Ala Puumalu Street
Honolulu, HI 96818

Elizabeth Ann K.S. Ige
94-1041 Kahuamoku Street #404
Waipahu, HI 96797

Arc Vergel Inofinada
94-881 Kuahulua Street
Waipahu, HI 96797

Integrated Business Solutions of Hawaii
99-1046 Iwaena Street
Aiea, HI 96701

International Trucks of HI dba IT Hawaii
91-554 Komohana Street
Kapolei, HI 96707

IPFS Corporation
1055 Broadway, 11th Floor
Kansas City, MO 64105

Island Printing & Graphics LLC
74-5543 Kaiwiw Street Unit E105
Kailua Kona, HI 96740

Mark H. Ito
573 Onehee Street
Kahului, HI 96732

Kaiser Permanente

Craig Kajiyama
95-1019 Aahu Street
Mililani, HI 96789

Andrene K. Kalili
1470 A Glen Avenue
Wahiawa, HI 96786

Kauai Island Utility Cooperative
4463 Pahee Street Suite 1
Lihue, HI 96766-2000

Jamie Kauhane-Reinhardt
94-1017 Heahea Street
Waipahu, HI 96797

KDL CPA LLC
745 Fort Street
Suite 1415
Honolulu, HI 96813

Keith K. Kimura
1119 Kokea Street #C303
Honolulu, HI 96817

KKDLY LLC
745 Fort Street
Suite 2100
Honolulu, HI 96813

Klein Law Group LLLC
2135 Haena Drive
Honolulu, HI 96822

Nesta Kmetz
94-333 Mokuloa Street #708
Waipahu, HI 96797

Christopher M. Knedel
91-2066 Kaioli Street #4205
Ewa Beach, HI 96706

Ethan M. Kurihara
1035 Kamookoa Place
Honolulu, HI 96825

Sonya S. H. Lau
7318 Makaa Street
Honolulu, HI 96825

Tammy S.S. Lawhn
2188 Aha Niu Place
Honolulu, HI 96821

Ferdinand C. Layugan
1925 Kilohi Street
Honolulu, HI 96819

Alice Lazo
558 B Kipuka Place
Kailua, HI 96734

Corey Lee
91-1079 Oaniani Street #11A
Kapolei, HI 96707

Edan D. Mabon
2309 Ainakahele Street Apt A
Hilo, HI 96720

Siaosi Malufau
47-168 Huioo Place
Kaneohe, HI 96744

Masters Properties
Two Newton Place
255 Washington Street Suite 300
Newton, MA 02458

Matheson Tri-Gas, Inc.
Dept. LA 23793
Pasadena, CA 91185-3793

Amy Y. Matsumoto
433 Kea Street
Kahului, HI 96732

Wendy Matsumoto
2229 Young Street
Honolulu, HI 96826

David Matsushita
45-265 William Henry Road #E-16
Kaneohe, HI 96744

Melanie R. Mauga
1301 Waiau Place #B1
Honolulu, HI 96814

McCorriston Miller Mukai MacKinnon
P.O. Box 2800
Honolulu, HI 96803-2800

Eric K.L. Meafou Kapihe
98-660 Moanalua Loop Apt 291
Aiea, HI 96701

Mercedes-Benz Financial Services
P.O. Box 5261
Carol Stream, IL 60197-5261

Metlife

Marvin Mikasa
2739 Nokekula Circle
P.O. Box 805
Lihue, HI 96766

Lanell T. Miyashita
95-445 Opo Place
Mililani, HI 96789

Ronald C. Montague
98-838 D Kaonohi Street
Aiea, HI 96701

Terrence Nakagawa
87-158 Hakimo Road Apt B
Waianae, HI 96792

Luann Nalaielua
98-116 Kaahele Place
Aiea, HI 96701

Jemy Nalica
801 Ala Nioi Placr Apt 701
Honolulu, HI 96818

Napa 3165 No. Nimi

Tina Neddermeyer
1325 Wilder Avenue PH Makai 21
Honolulu, HI 96822

Kimo Negron
1471 Thurston Avenue Apt 301
Honolulu, HI 96822

NextraQ
303 Perimeter Center N, Ste 800
Atlanta, GA 30346

Joshua T.K. Nicely
2258 Hoolaulea Street
Pearl City, HI 96782

Eric W. Okuhara
3030 Ala Ilima Street #1104
Honolulu, HI 96818

Lori Olivares
1750 Kalakaua Avenue Unit #3604
P.O. Box 1326 Aiea, HI 96701
Honolulu, HI 96826

Bonnie Oppermann
425 South Street, Suite 3102
Honolulu, HI 96813

Pacific Rim Integrated Development Group
73-5577 Olowalu Street
Kailua Kona, HI 96740

Pacific Service & Development Corp
P.O. Box 1151
Lihue, HI 96766

Pauly's Mobile Service
4741 Pohina Street
Lihue, HI 96766

Cristy Pawai
91-1232 Kaneoneo Street
Kapolei, HI 96707

Penske Truck Leasing Co
2675 Morgantown Road
P.O. Box
Reading, PA 19603

Kristene Pia-Sugai
P.O. Box 1296
Kapaa, HI 96746

Pitney Bowes
27 Waterview Drive
MSC 27-3C
Shelton, CT 06484

Betty Jane Poliahu
5210 Likini Street #709
Honolulu, HI 96818

Allen P. Pomaikai
91-1024 Laulauna Street #4B
Ewa Beach, HI 96706

James P. Rabang
94333 Pupuole Street Unit 302
Waipahu, HI 96797

Joniann M. Ramos
2926 Aukoi Street
Lihue, HI 96766

Raymond Leasing Corporation
P.O. Box 130
Greene, NY 13778

Vince I. Remata
2090 Hanalima Street #CC-102
Lihue, HI 96766

Rescue Safety Pacific
96-1197 Waihona Street Unit E1
Pearl City, HI 96782

Rita S. Reyes
91-819 Makaonaona Street
Ewa Beach, HI 96706

Ricoh Production
70 Valley Stream Parkway
Malvern, PA 19355

Edward T. Robert
94-857 Awanei Street
Waipahu, HI 96797

John S. Rodrigues
465 E. Ahuliu Way
Wailuku, HI 96793

Ryan's Graphics Corp.
804 Moowaa Street
Honolulu, HI 96817

Ryder Transportation
11690 N.W. 105th Street
Miami, FL 33178

Safety Loan Company, Ltd.
2255 North School Street
Honolulu, HI 96819

Michael K. Saito
1801 Palolo Avenue
Honolulu, HI 96816

Johnathan D. Salvador
94-809 Lelehu Place
Waipahu, HI 96797

Philip Salvador
94-714 Kalae Street
Waipahu, HI 96797

Sam's Club Direct
708 SW 8th St.
Bentonville, AR 72716

Maire Aislinn K. Sana
86-221 Alamihi Street
Waianae, HI 96792

William Scheele
99-503 Iwaiwa Street
Aiea, HI 96701

Securitas Electronic Security, Inc.
4330 Park Terrace Drive
Westlake Village, CA 91361

Security Tech
410 SW Columbia Street Suite 120
Bend, OR 97702

Seung Ki Corporation
1334 Young Street
Honolulu, HI 96814

Nathan Shimizu
98-818 Iliee Street
Aiea, HI 96701

Shiotani & Inouye


Barney Shiotani


Shred-It Hawaii
13-1232 Kahukai Street
Pahoa, HI 96778

Clayton L. Smith Jr
1055 Ala Napunani Street #304
Honolulu, HI 96818

Spectrum Business


Spire Hawaii LLP
700 Bishop Street Suite 2001
Honolulu, HI 96813

I-Ching Chen Stanley
1400 Pensacola Street #304
Honolulu, HI 96822

Virginia D. Suganuma
835 Puu Kula Drive #A
Pearl City, HI 96782

TAG/ICIB Services
431 Saint James Avenue
Goose Creek, SC 29445

Enriqueta B. Tahilan
94-435 Hamau St
Waipahu, HI 96797

Tango Juliet LLC
301 Kaialii Pl
Honolulu, HI 96821

Tad T. Tashiro
2007 Aamomi Street
Pearl City, HI 96782

Emma T. Tautua
91-1745 Tenney Street
Ewa Beach, HI 96706

Terminix International
150 Peabody Place LEGL-0008
Memphis, TN 38103

Clemente Thai
1043 Spencer Street #21
Honolulu, HI 96822

Kawika Thompson-Kalakau
99-503 Iwaiwa Street
Aiea, HI 96701

TIB, NA
P.O. Box 569120
Dallas, TX 75356-9120

Transamerica Life

Maxwell Tupua-Tau
91-1080 Kaunolu Street
Ewa Beach, HI 96706

Turningpoint System

James H. Twietmeyer
35668 Lundy Drive
Newark, CA 94560

Allan C. Ueda
94-870 Lumiauau #T-205
Waipahu, HI 96797

United Tire & Recapping Co., Ltd.
1276 Mikole Street
Honolulu, HI 96819

Barnaby P. Vergara
76-6181 Mania Lane
74-5540 Kaiwi Street #327
Kailua Kona, HI 96740

Verizon Wireless
One Verizon Way
Basking Ridge, NJ 07920

Vision Service Plan
Legal Division (MS163)
3333 Quality Drive
Rancho Cordova, CA 95670

Nicole K. Wakui
98-528 Kipaepae Street
Aiea, HI 96701

Hugh Wakuzawa
3165 Olu Street
Honolulu, HI 96816

Watumull Properties Corp
307 Lewers Street Suite 600
Honolulu, HI 96815

Wayne's Enterprises
4421 Pahee Street
Lihue, HI 96766

Lan Wei
1631 Kapiolani Boulevard #2401
Honolulu, HI 96814

West Oahu Aggregate Co., Inc.
855 Umi Street
Honolulu, HI 96819

Criselda M. Wong
91-1059 Puamaeole Street Apt S5
Ewa Beach, HI 96706

XTermco
94-435 Akoki Street
Waipahu, HI 96797-2704

Steven Yam
45-117 E Waikalua Road
Kaneohe, HI 96744

David M Yashiki
94-1008 Mali Street
Waipahu, HI 96797

David M. Yashiki
94-1008 Mali Street
Waipahu, HI 96797

Scott Yoshida
992 Kaluanui Road
Honolulu, HI 96825

```
Young Brothers, LLC
1331 North Nimitz Highway
Pier 40
Honolulu, HI 96817
```

# United States Bankruptcy Court
## District of Hawaii

In re    **HIE HOLDINGS, INC.** _____    Case No. _____

                 Debtor(s)      Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **HIE HOLDINGS, INC.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 2, 2022** _____
Date

**/s/ Chuck C. Choi** _____

**Chuck C. Choi**

Signature of Attorney or Litigant

Counsel for    **HIE HOLDINGS, INC.** _____

**Choi & Ito**

**700 Bishop Street, Suite 1107**
**Honolulu, HI 96813**
**808-533-1877 Fax:808-566-6900**
**cchoi@hibklaw.com**